IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY COLEY, in his official capacity as Director, Office of Public Affairs, United States Department of Justice; and UNITED STATES DEPARTMENT OF JUSTICE,<br><br>Defendants. | Case No. 1:21-cv-03024 (TSC) |

## DEFENDANTS' PARTIAL MOTION TO DISMISS

Defendants Anthony Coley and United States Department of Justice hereby move to dismiss Count II of the complaint, ECF No. 1, for failure to state a claim upon which relief can be granted, pursuant to Civil Rule 12(b)(6). In support of the motion, Defendants submit the accompanying memorandum of law and proposed order.

Dated: December 22, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Michael J. Gerardi*
Michael J. Gerardi (D.C. Bar No. 1017949)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW, Rm. #12212

Washington, D.C. 20005
Tel: (202) 616-0680
Fax: (202) 616-8460
E-mail: michael.j.gerardi@usdoj.gov

*Attorneys for Defendants*