UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION,<br>600 14th Street, NW<br>Fifth Floor<br>Washington, DC 20005<br><br>*Plaintiff,*<br><br>v.<br><br>ANTHONY COLEY, in his official capacity as<br>Director, Office of Public Affairs<br>United States Department of Justice<br>950 Pennsylvania Ave., N.W.<br>Washington, DC 20530-0001<br><br>and<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br>950 Pennsylvania Ave., N.W.<br>Washington, DC 20530-0001<br><br>*Defendants.* | Civil Action No.:<br>21-cv-03024-TSC |

**CONSENT MOTION TO MODIFY THE BRIEFING SCHEDULE ON
DEFENDANTS' PARTIAL MOTION TO DISMISS**

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), Plaintiff respectfully moves to modify the briefing schedule for Defendants' Partial Motion to Dismiss so that Plaintiff's response is due on January 12, 2022, and Defendants' reply (if any) would be due on January 26, 2022. These dates represent a one-week extension for each filing. Counsel for the Parties conferred pursuant to Local Civil Rule 7(m), and Defendants consent. There are no other deadlines in this case, and this is the Parties' first motion for an extension of time. There is good cause for granting the requested enlargement

of time. Both Parties' counsel have a substantial docket of active cases with several imminent deadlines and need a small amount of additional time to provide full and adequate briefing on the legal questions raised by the Partial Motion to Dismiss.

January 3, 2022

    Respectfully submitted,

    /s Christopher Mills
    CHRISTOPHER E. MILLS
    D.C. Bar No. 1021558
    Spero Law LLC
    557 East Bay St. #22251
    Charleston, SC 29413
    (843) 606-0640 (phone)
    cmills@spero.law

    REED D. RUBINSTEIN
    D.C. Bar No. 400153
    AMERICA FIRST LEGAL FOUNDATION
    600 14th Street, N.W.
    Fifth Floor
    Washington, D.C. 20005
    Tel.: (202) 964-3721
    E-mail: reed.rubinstein@aflegal.org

    *Counsel for Plaintiff America First Legal Foundation*