UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AMERICA FIRST LEGAL FOUNDATION**,<br><br>Plaintiff,<br><br>v.<br><br>**ANTHONY COLEY**, *in his official capacity as Director, Office of Public Affairs, United States Department of Justice*, et al.,<br><br>Defendants. | Civil Action No. 21-cv-3024 (TSC) |

## ORDER

For the reasons provided in the accompanying memorandum opinion, ECF No. 10, Defendants' *Partial Motion to Dismiss*, ECF No. 6, is hereby **GRANTED**. Count two of Plaintiff's *Complaint*, ECF No. 1, is hereby **DISMISSED** without prejudice.

Date: September 30, 2022

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge