# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION, | |
| Plaintiff, | |
| v. | Case No. 1:21-cv-03024 (TSC) |
| ANTHONY COLEY, in his official capacity as Director, Office of Public Affairs, United States Department of Justice; and UNITED STATES DEPARTMENT OF JUSTICE, | |
| Defendants. | |

## ANSWER TO COMPLAINT

Defendants, United States Department of Justice and Anthony Coley, answer the complaint filed by Plaintiff America First Legal Foundation as follows:

1.      This allegation relates to a claim the Court dismissed, *See* ECF No. 10.  To the extent a response is deemed required, Defendants state that this paragraph consists of Plaintiff's characterization of their FOIA requests, which does not set forth a claim of relief or aver facts in support of such a claim to which an answer is required.

2.      This allegation relates to a claim the Court dismissed, *See* ECF No. 10.  To the extent a response is deemed required, Defendants state that this paragraph consists of Plaintiff's characterization of their FOIA requests, which does not set forth a claim of relief or aver facts in support of such a claim to which an answer is required.

3.      This allegation relates to a claim the Court dismissed, *See* ECF No. 10.  To the extent a response is deemed required, Defendants state that this paragraph consists

of Plaintiff's characterization of their FOIA requests, which does not set forth a claim of relief or aver facts in support of such a claim to which an answer is required.

4.      This allegation relates to a claim the Court dismissed, *See* ECF No. 10.  To the extent a response is deemed required, Defendants refer the Court to the documents referenced in this allegation for a complete statement of their contents.

5.      This allegation relates to a claim the Court dismissed, *See* ECF No. 10.  To the extent a response is deemed required, Defendants refer the Court to the documents referenced in this allegation for a complete statement of their contents.

6.      This allegation relates to a claim the Court dismissed, *See* ECF No. 10.  To the extent a response is deemed required, Defendants refer the Court to the documents referenced in this allegation for a complete statement of their contents.

7.      This allegation relates to a claim the Court dismissed, *See* ECF No. 10.  To the extent a response is deemed required, Defendants refer the Court to the documents referenced in this allegation for a complete statement of their contents.

8.      This allegation relates to a claim the Court dismissed, *See* ECF No. 10.  To the extent a response is deemed required, Defendants refer the Court to the documents referenced in this allegation for a complete statement of their contents.

9.      This allegation relates to a claim the Court dismissed, *See* ECF No. 10.  To the extent a response is deemed required, Defendants refer the Court to the documents referenced in this allegation for a complete statement of the reasons behind Defendants' denial of expedited processing of Plaintiff's FOIA request.

10.     This allegation relates to a claim the Court dismissed, *See* ECF No. 10.  To the extent a response is required, denied.

11.     This allegation relates to a claim the Court dismissed, *See* ECF No. 10, and Defendants therefore will not respond to the allegation.

12.     This allegation relates to a claim the Court dismissed, *See* ECF No. 10, and Defendants therefore will not respond to the allegation.

13.     This paragraph consists of Plaintiff's characterization of their FOIA requests, which does not set forth a claim of relief or aver facts in support of such a claim to which an answer is required.

14.     Denied.

15.     This paragraph consists of Plaintiff's conclusions of law with respect to jurisdiction, to which no response is required.

16.     This paragraph consists of Plaintiff's conclusions of law with respect to venue, to which no response is required.

17.     Defendants lack a sufficient factual basis to affirm or deny the allegation in this paragraph.

18.     Admitted.

19.     Admitted as to the first sentence.  The second sentence contains Plaintiff's conclusions of law as to whether DOJ is in possession, custody, and control of the requested records, to which no response is required.

20.     This paragraph contains Plaintiff's characterization of a document attached to the complaint.  Defendants refer the Court to the document referenced in this paragraph for a complete statement of the contents of Plaintiff's FOIA request.

21.     This paragraph contains Plaintiff's characterization of a document attached to the complaint.  Defendants refer the Court to the document referenced in this paragraph for a complete statement of the contents of Defendants' denial of expedited processing.

22.     This paragraph contains Plaintiff's characterization of a document attached to the complaint.  Defendants refer the Court to the document referenced in this paragraph for a complete statement of the contents of Plaintiff's FOIA appeal.

23.     This paragraph contains Plaintiff's characterization of a document attached to the complaint.  Defendants refer the Court to the document referenced in

this paragraph for a complete statement of the contents of Defendants' denial of Plaintiff's appeal.

24.     This paragraph contains Plaintiff's characterization of a document attached to the complaint.  Defendants refer the Court to the document referenced in this paragraph for a complete statement of the contents of Plaintiff's FOIA request.

25.     This paragraph contains Plaintiff's characterization of a document attached to the complaint.  Defendants refer the Court to the document referenced in this paragraph for a complete statement of the contents of Defendants' response to Plaintiff's FOIA request.

26.     This paragraph contains Plaintiff's characterization of a document attached to the complaint.  Defendants refer the Court to the document referenced in this paragraph for a complete statement of the contents of Plaintiff's appeal.

27.     This paragraph contains Plaintiff's characterization of a document attached to the complaint.  Defendants refer the Court to the document referenced in this paragraph for a complete statement of the contents of Defendants' notice of receipt of appeal.

28.     As to the first sentence, denied, as the document cited in this paragraph is a denial of Plaintiff's request for expedited determination of the appeal, not the merits of the appeal.  As to the second sentence, Defendants aver that at this time, the appeal is closed.

29.     This paragraph contains Plaintiff's characterization of a document attached to the complaint.  Defendants refer the Court to the document referenced in this paragraph for a complete statement of the contents of Plaintiff's FOIA request.

30.     This paragraph contains Plaintiff's characterization of a document attached to the complaint.  Defendants refer the Court to the document referenced in this paragraph for a complete statement of the contents of Plaintiff's FOIA request.

31.     This paragraph contains Plaintiff's characterization of a document attached to the complaint.  Defendants refer the Court to the document referenced in this paragraph for a complete statement of the contents of Plaintiff's FOIA request.

32.     This paragraph contains Plaintiff's characterization of a document attached to the complaint.  Defendants refer the Court to the document referenced in this paragraph for a complete statement of the contents of OIP's acknowledgement of Plaintiff's FOIA request.

33.     This paragraph contains Plaintiff's characterization of a document attached to the complaint.  Defendants refer the Court to the document referenced in this paragraph for a complete statement of the contents of OLC's acknowledgement of Plaintiff's FOIA request.

34.     This paragraph contains Plaintiff's characterization of a document attached to the complaint.  Defendants refer the Court to the document referenced in this paragraph for a complete statement of the contents of CRM's acknowledgement of Plaintiff's FOIA request.

35.     This paragraph contains Plaintiff's characterization of a document attached to the complaint.  Defendants refer the Court to the document referenced in this paragraph for a complete statement of the contents of EOUSA's acknowledgement of Plaintiff's FOIA request.

36.     This paragraph contains Plaintiff's characterization of a document attached to the complaint.  Defendants refer the Court to the document referenced in this paragraph for a complete statement of the contents of EOUSA's acknowledgement of Plaintiff's FOIA request.

37.     Denied.

38.     This paragraph contains Plaintiff's characterization of documents attached to the complaint.  Defendants refer the Court to the document referenced in this paragraph for a complete statement of the contents of Plaintiff's appeal.

5

39.     This paragraph contains Plaintiff's characterization of documents attached to the complaint.  Defendants refer the Court to the documents referenced in this paragraph for a complete statement of OIP's acknowledgement of Plaintiff's appeal of OIP's initial determination with respect to Plaintiff's FOIA request and OIP's denial of AFL's appeal.

40.     This paragraph contains Plaintiff's characterization of documents attached to the complaint.  Defendants refer the Court to the documents referenced in this paragraph for a complete statement of OIP's acknowledgement of Plaintiff's appeal of OLC's determination and OIP's denial of AFL's appeal.  To the extent a response is required, admitted.

41.     This paragraph contains Plaintiff's characterization of documents attached to the complaint.  Defendants refer the Court to the documents referenced in this paragraph for a complete statement of OIP's acknowledgement of Plaintiff's appeal of CRM's determination and OIP's denial of AFL's appeal.

42.     This paragraph contains Plaintiff's characterization of a document attached to the complaint.  Defendants refer the Court to the documents referenced in this paragraph for a complete statement of OIP's acknowledgement of EOUSA's determination Plaintiff's appeal and OIP's denial of AFL's appeal.

43.     This paragraph contains Plaintiff's characterization of a document attached to the complaint.  Defendants refer the Court to the documents referenced in this paragraph for a complete statement of OIP's acknowledgement of Plaintiff's appeal of CRT's determination and OIP's disposition of Plaintiff's appeal.

44.     Defendants incorporate by reference their responses to the allegations in paragraphs 1-42.

45.     This allegation consists of Plaintiff's characterizations of the record before Defendants, to which no response is required.  To the extent a response is required,

Defendants refer the Court to the AFL's submissions to Defendants for a full and complete statement of their contents.

46.     Denied.

47.     Denied.

48.     This allegation relates to a claim the Court dismissed, See ECF No. 10, and Defendants therefore will not respond to the allegation.

49.     This allegation relates to a claim the Court dismissed, See ECF No. 10, and Defendants therefore will not respond to the allegation.

50.     This allegation relates to a claim the Court dismissed, See ECF No. 10, and Defendants therefore will not respond to the allegation.

51.     This allegation relates to a claim the Court dismissed, See ECF No. 10, and Defendants therefore will not respond to the allegation.

52.     This allegation relates to a claim the Court dismissed, See ECF No. 10, and Defendants therefore will not respond to the allegation.

Paragraphs A-G of the Complaint constitutes a prayer for relief, to which no response is required.  To the extent a response is required, Defendants deny the allegations in paragraphs A and B on the grounds that Count II has been dismissed, ECF No. 10, and deny that Plaintiffs are entitled to the relief requested in the Complaint or to any relief whatsoever.

Each and every allegation of the Complaint not heretofore expressly admitted or denied is hereby denied.

## AFFIRMATIVE DEFENSES

1.     Defendants' actions did not violate the Freedom of Information Act or any other applicable law.

Dated: October 21, 2022                    Respectfully submitted,

                                           BRIAN M. BOYNTON
                                           Acting Assistant Attorney General

                                           ELIZABETH J. SHAPIRO
                                           Deputy Branch Director

                                           /s/ Michael J. Gerardi

                                           Michael J. Gerardi (D.C. Bar No. 1017949)
                                           Trial Attorney
                                           United States Department of Justice
                                           Civil Division, Federal Programs Branch
                                           1100 L St. NW, Rm. #12212
                                           Washington, D.C. 20005
                                           Tel: (202) 616-0680
                                           Fax: (202) 616-8460
                                           E-mail: michael.j.gerardi@usdoj.gov

                                           *Attorneys for Defendants*